UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    INDICTMENT

        -v.-                            :    AUG 0 8 2007

YOVANI MARIN-BARRALES,               :    07 CRIM 726
   a/k/a "Yobani Marin,"
   a/k/a "Giovanni Marin,"           :

               Defendant.         :

- - - - - - - - - - - - - - - - - x

JUDGE PATTERSON

COUNT ONE

The Grand Jury charges:

In or about April 2006, in the Southern District of New York and elsewhere, YOVANI MARIN-BARRALES, a/k/a "Yobani Marin," a/k/a "Giovanni Marin," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about July 25, 2003, in New York State Supreme Court, Bronx County, for attempted assault in the second degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)


_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YOVANI MARIN-BARRALES,
 a/k/a "Yobani Marin,"
a/k/a "Giovanni Marin,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine N. Brooks*
Foreperson.

8/6/07
S.A.H

Indictment filed. Case assigned to Judge Patterson.

Fox, J.