UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        -v.-                          :

YOVANI MARIN-BARRALES,                :    07 Cr. 726 (RPP)
    a/k/a "Yobani Marin,"
    a/k/a "Giovanni Marin,"            :

        Defendant.                   :

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

       ADAM S. HICKEY, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one YOVANI MARIN-BARRALES, a/k/a "Yobani Marin," a/k/a "Giovanni Marin," (NYSID# 2206894N), now detained at the Gowanda Correctional Facility, Gowanda, New York, has been charged with illegally reentering the United States.

       By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that YOVANI MARIN-BARRALES, the defendant, can be brought before this Court to be available for prosecution in the matter captioned <u>United States v. Yovani Marin-Barrales</u>, 07 Cr. 726 (RPP). No previous application for similar relief has been made.

       WHEREFORE, your deponent respectfully prays that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Gowanda Correctional Facility, Gowanda, New York, the United States Marshal for the Southern District of New York, or any

other authorized law enforcement officers, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until YOVANI MARIN-BARRALES shall have been discharged or convicted and sentenced.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

                                          ADAM S. HICKEY
                                          Assistant United States Attorney
                                          Tel.: (212) 637-1039

Dated:    August 7, 2007
            New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YOVANI MARIN-BARRALES,
a/k/a "Yobani Marin,"
a/k/a "Giovanni Marin,"

Defendant.

### AFFIRMATION

07 Cr. 726 (RPP)

(Title 8, United States Code,
Section 1326(a), (b)(2).)

Michael J. Garcia
United States Attorney.